UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LARISA GASSEL, DERIVATIVELY AND ON BEHALF OF LIFELOCK, INC., <br><br>Plaintiff, <br><br>vs. <br><br>TODD DAVIS, CHRIS POWER, GARY S. BRIGGS, ALBERT "ROCKY" PIMENTEL, JAYNIE MILLER STUDENMUND, ROY A. GUTHRIE, and DAVID COWAN, <br><br>Defendants, <br><br>And <br><br>LIFELOCK, INC., <br><br>Nominal Defendant. | Case No: 2:15-cv-02173-SRB <br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation and Order of Dismissal submitted by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The above-captioned action shall be dismissed with prejudice; and
2. Plaintiff and Defendants will bear their own fees and costs.

Dated this 2nd day of November, 2016.

_____
Susan R. Bolton
United States District Judge